PD-1389-15

PD-1389-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/23/2015 3:27:35 PM
Accepted 10/27/2015 4:10:48 PM
ABEL ACOSTA
CLERK

NO. _____

---

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

**TIMOTHY JAMES LINDBERG, Appellant, v. STATE OF TEXAS, Appellee**

---

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

1. On September 24, 2015, the Second Court of Appeals issued its opinion in this cause (*Lindberg v. State*, Cause No. 02-14-00071-CR). No motion for rehearing or motion for reconsideration en banc was filed. Therefore, a petition for discretionary review must be filed by October 24, 2015, which is 30 days after the Court of Appeals' judgment was rendered. See Tex. R. App. P. 68.2(a). Appellant seeks a 30-day extension of this deadline.

2. Appellant has not sought or been granted a previous extension of time to file a petition.

3. The undersigned counsel was just appointed by the trial court from which this cause was appealed to petition this court for review of the Court of Appeals' decision in this case. Undersigned counsel has two felony cases set for trial next month (one the week of November 2 and the other the week of November 9), a

1

motion for rehearing and a motion for reconsideration en banc on another case due on October 26, and an Appellee's Brief for another case due on October 28.

4. Appellee does not oppose this motion.

Based on the foregoing, Appellant asks that the deadline to file his petition for discretionary review be extended to November 23, 2015.

Respectfully Submitted,

/s/ Brian Salvant
Brian Salvant
Texas Bar No. 24008387
610 East Weatherford Street
Fort Worth, Texas 76102
Telephone: (817) 334-7997
Facsimile: (817) 334–7998
E-Mail: brian@salvantlawfirm.com
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Debra Windsor, counsel for Appellee, who stated that she does not oppose the relief sought by this motion.

/s/ Brian Salvant

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this instrument was served upon Debra Windsor, Assistant Criminal District Attorney, Tim Curry Criminal Justice Center, 401 W. Belknap Fort Worth, Texas 76196, by electronically emailing, and by placing same in the United States mail, proper postage affixed, on October 23, 2015.

/s/ Brian Salvant